UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )

                              )     Case No. 3:13-cr-00058

      v.                 )

                              )     Chief Judge Haynes

DARRELLE GROVES           )

## MOTION TO RESCHEDULE SENTENCING HEARING

*[Handwritten annotations in right margin and across text: "Ours gr / This motion is granted. The hearing is reset for December 9, 2013 at 3:30 pm. (signature) u8770 12-4-13"]*

COMES NOW the United States of America, by and through the undersigned Assistant United

States Attorney. Sentencing, pursuant to a Rule 11(c)(1)(C) plea agreement, is scheduled for the above

captioned matter on December 6, 2013, at 4:00. The undersigned advises that he is required to attend

office-wide training for the entirety of that day and respectfully requests that this Court reschedule this

matter at the Court's earliest possible convenience. Counsel for the Defendant, Sumter Camp, and the

undersigned respectfully advise that both are available for a hearing on:

- Thursday, December 5, 2013 (all day)

- Monday, December 9, 2013 (all day except between 3:00-3:45)

The parties anticipate that this matter will be brief (e.g. ~20 minutes). The undersigned advises

the Court that counsel in this matter are the same as counsel in Case No. 3:12-cr-00157, *United States v.*

*Gannon*, which is also scheduled for sentencing, pursuant to an a Rule 11(c)(1)(C) plea agreement,

before this Court on December 6, 2013, for which the government will request a continuance identical to

this present motion. Resultantly, the undersigned would advise that these two hearings could be

expeditiously resolved in quick succession.